## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 97-20016 |
| | ) | |
| **WILLIAM D. KING,** | ) | |
| **Defendant.** | ) | |

## REPORT AND RECOMMENDATION

The Defendant appeared before the undersigned on June 19, 2007, for hearing on a Petition for Warrant or Summons for Offender Under Supervision (#30). He was accompanied by counsel, Assistant Federal Public Defender John Taylor. The Court reviewed each of the subjects described in FED. R. CRIM. P. 32.1(b)(2).

Defendant admitted the allegations contained in Paragraphs 1(A), 1(B), and 1(C). The Court determined that the decision to admit was knowing and voluntary. The Defendant further acknowledged that his supervised release should be revoked.

Prior to the admissions, the Court had conducted proceedings under Rule 11 of the Federal Rules of Criminal Procedure. The Defendant plead guilty to Counts 1, 2, and 3 in Case No. 07-20055. The allegations in each of those counts match the allegations in the petition which the Defendant admitted. The Court determined that the guilty plea was knowing and voluntary. The Court also found a sufficient factual basis to support the plea. That factual basis likewise supports the admissions in this case. I therefore recommend that on the strength of the admitted allegations, that the supervised release be revoked and sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).

ENTER this 27th day of June, 2007.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE
