**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | No. 97-20016 |
| ) | |
| WILLIAM D. KING,    ) | |
| ) | |
| Defendant.    ) | |

### ORDER APPROVING MAGISTRATE RECOMMENDATION

On June 27, 2007, a report and recommendation was filed by United States Magistrate Judge David G. Bernthal in the above cause. More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).

This court therefore approves the recommendation of the Magistrate Judge. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the defendant's supervised release is revoked and sentence will be imposed accordingly. The sentencing hearing previously set for July 30, 2007 at 2:30 p.m. is vacated and reset for September 18, 2007, at 1:30 PM, which is the same time as the sentencing hearing in defendant's Case No. 07-20055.

ENTERED this 16th day of July, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE